UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                    Plaintiff,

vs.

                    Defendant.

_____ /

No. 20-30163

District Judge Gershwin A. Drain
Magistrate Judge R. Steven Whalen

**ORDER CLARIFYING CONDITIONS OF BOND**

Defendant Charles Donald Mok has filed an emergency motion to modify
conditions of pretrial relief [ECF No. 10].  The Honorable Gershwin A. Drain denied the
motion in part, but referred the portion of the motion seeking clarification as to that
portion of the conditions restricting Dr. Mok's practice consistent with the executive
orders in states where he practices.

Insofar as it seeks clarification, the motion [ECF No. 10] is GRANTED. The Court
will amend and clarify the conditions of pretrial release as follows:

> "Defendant will comply with the executive orders in any state in which
> Defendant practices regarding restrictions on non-essential and/or non-life
> supporting medical procedures, and any other restrictions on medical
> practice imposed by those states."

All other conditions remain the same, including that the Defendant "cannot
perform any Vitamin C IV infusion at any of his locations or any affiliated locations, to

-1-

include IV Drip in Birmingham, MI."

     IT IS SO ORDERED.

                          s/R. Steven Whalen
                          R. STEVEN WHALEN
                          United States Magistrate Judge

Dated: May 21, 2020

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing document was sent to parties of record on May 21, 2020 electronically and/or by U.S. mail.

                          s/Carolyn M. Ciesla
                          Case Manager